## STATE OF CONNECTICUT *v.* ROBERT L. HYDE

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 574 (AC 27345), is denied.

*Matthew J. Collins,* special public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided January 9, 2008

## MICHAEL M. TAYLOR *v.* MORRIS SILVERSTEIN

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 468 (AC 27611), is denied.